UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

FILED
08 JUL -9 PM 5: 10
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Dorothy Ann Lee, )
          Plaintiff, )
vs. ) Cause No.
American Funds Services, )
          Defendant. ) 1:08-cv-0930-DFH-JMS

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant **American Funds** for discrimination as set forth below.

Plaintiff ____ DOES ✓ DOES NOT (indicate which) demand a jury trial.

## I. PARTIES

Plaintiff's Name, Address, and Phone Number:
Dorothy Ann Lee
6117 Candlewick Dr.
Indianapolis, IN 46228
317-299-7331

Defendant's Name and Address:
American Funds
8332 Woodfield Crossing Blvd
Indianapolis, IN 46240

## II. JURISDICTION

1. This complaint is brought pursuant to:

   ✓ Title VII of the Civil Rights Act of 1964, as amended, and jurisdiction is based on 42 U.S.C. §2000e-5 and 28 U.S.C. §1331;

   ✓ The Age Discrimination in Employment Act (29 U.S.C. § 621), and jurisdiction is based on 28 U.S.C. § 1331;

__✓__ The Americans with Disabilities Act (42 U.S.C. § 12101), and jurisdiction is based on 28 U.S.C. § 1331;

_____ The Rehabilitation Act (29 U.S.C. § 701, *et seq.*), and jurisdiction is based on 28 U.S.C. § 1331;

_____ Equal rights under law (42 U.S.C. § 1981), and jurisdiction is based on 28 U.S.C. § 1331;

_____ Other (list): _____

2. Plaintiff __✓__ DID ____ DID NOT (indicate which) timely file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. [**Attach a copy of charge to this complaint**].

3. Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **received** on or about _____ (insert date). [**Attach a copy of Notice of Right to Sue to this complaint**].

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

I was terminated from my job March 12, 2007 for email violation; but out of the 25 people investigated for the same thing I was the only one fired. And 95% of the people investigated were African American.

## IV. FACTS IN SUPPORT OF COMPLAINT

Please refer to copy of Charge of Discrimination from EEOC.

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

I would like compensation for all wages that were/are lost; pain and suffering and a fair settlement.

(Use additional sheets if necessary.)

## VI. SIGNATURE

Signed this 9th day of July, 2008.

_____
(Signature of Plaintiff)