**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **DOROTHY ANN LEE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CAUSE NO. 1:08-CV-00930-DFH-JMS** |
| | ) | |
| **AMERICAN FUNDS SERVICES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to S.D. Ind. L.R. 7.2, Defendant American Funds Service Company (erroneously named as "American Funds Services") states that it is the transfer agent for the American Funds family of mutual funds and a wholly owned subsidiary of Capital Research and Management Company ("CMRC").  CMRC is a wholly owned subsidiary of The Capital Group Companies, Inc. ("CGC").  No publicly held company or investment fund holds a 10 percent or more ownership interest in CGC.

Respectfully submitted,

ICE MILLER LLP

s/ Scott James Preston
Scott James Preston, Attorney No.  25436-49
*Attorney for Defendant*
*American Funds Service Company*

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
(317) 236-2100
(317) 236-2219 Fax
scott.preston@icemiller.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on September 23, 2008, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system.  I also certify that my office mailed by United States Postal Service a copy of the Corporate Disclosure Statement to the following non CM/ECF participant:

           Dorothy Ann Lee
           6117 Candlewick Drive
           Indianapolis, IN  46228

                               s/ Scott James Preston
                               Scott James Preston

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
(317) 236-2100
(317) 236-2219 Fax
scott.preston@icemiller.com