UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| DOROTHY ANN LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:08-cv-930-DFH-JMS |
| | ) | |
| AMERICAN FUNDS SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER TO SHOW CAUSE

This action was set for an initial pretrial conference on October 6, 2008, at 11:00 a.m. At that time, the defendant appeared by counsel. The plaintiff, however, did not appear nor did she notify the court in advance that she would be unable to appear. An attempt to contact the plaintiff by phone was unsuccessful as her voice mailbox was full.

**IT IS NOW ORDERED** that:

The plaintiff shall have through October 20, 2008, in which to SHOW CAUSE in writing why this action should not be dismissed based on her failure to appear at the October 6, 2008, conference. If the plaintiff fails to show cause as directed, the magistrate judge will recommend dismissing this action for failure to prosecute.

**IT IS SO ORDERED.**

Date: 10/06/2008

*Jane Magnus-Stinson*
Jane Magnus-Stinson
United States Magistrate Judge
Southern District of Indiana

Distribution:

Dorothy Ann Lee
6117 Candlewick Dr.
Indianapolis, IN 46228

Scott James Preston
Ice Miller LLP
spreston@icemiller.com