UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| DOROTHY ANN LEE, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | 1:08-cv-930-DFH-JMS |
| AMERICAN FUNDS SERVICES, | ) ) ) | |
| Defendant. | ) ) | |

# E N T R Y

The defendant's motion to dismiss for failure to prosecute (dkt 12) is **granted.** This disposition is based on the plaintiff's failure to respond to the Order to Show Cause issued on October 6, 2008.

Judgment dismissing this action without prejudice shall now issue.

So ordered.

*David F. Hamilton*

DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

Date: October 30, 2008